United States District Court

Eastern District of California

Anthony R. Turner,

        Petitioner,                    No. Civ. S 05-1443 GEB PAN P

  vs.                               Order

Jeanne Woodford, et al.,

        Respondents.

-oOo-

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.

    The pleading is unclear but petitioner appears to challenge a prison disciplinary determination, allegedly made in retaliation or in violation of the equal protection clause. Petitioner seeks injunctive relief.  He does not allege a loss of good time credits.  He has filed an application to proceed in forma pauperis, but it lacks the trust account certification required by statute.

Petitioner must pursue his claims by way of a civil rights action.  See Ramirez v. Galaza, 334 F.3d 850 (9th Cir. 2003) (where prisoner did not lose good conduct credits, the fact or duration of his confinement was not at issue and his claims had to be pursued in a section 1983 action challenging the conditions of confinement rather than through a petition for habeas corpus).

Accordingly, the court hereby orders that:

1.  The June 22, 2005, petition for habeas corpus is dismissed without prejudice and with leave to amend the pleading to pursue a civil rights action.

2.  The clerk of the court shall send petitioner a form for a civil rights complaint and an application to proceed in forma pauperis by a prisoner.  See 28 U.S.C. section 1915.

3.  Petitioner shall, within 30 days, submit a civil rights complaint and an application to proceed in forma pauperis.

4.  All requests for injunctive relief are denied without prejudice.  Petitioner may renew them in the event he files a civil rights complaint stating a colorable claim for relief against an identified defendant.

Dated:  December 27, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge