United States District Court

Eastern District of California

Anthony R. Turner,

     Plaintiff,                       No. Civ. S 05-1443 GEB PAN P

  vs.                                   Order

Jeanne Woodford, et al.,

     Defendants.

-oOo-

    Plaintiff, a prisoner without counsel, seeks to commence a civil rights action. He has not paid the filing fee, nor submitted an application to proceed in forma pauperis. He must do one or the other within 30 days; otherwise this file will be closed.

    So ordered.

    Dated: February 9, 2006.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge