IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

        Plaintiff,                      No. CIV S-05-1443 GEB PAN P

      vs.

RODERICK Q. HICKMAN,
et al.,

        Defendants.             <u>ORDER</u>

           Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

           On June 1, 2006, this court issued findings and recommendations recommending that this action be dismissed for plaintiff's failure to file an amended complaint and giving plaintiff twenty days within which to file objections to those findings and recommendations. Plaintiff has not filed objections within the twenty days allotted and has not filed an amended complaint.  However, on July 3, 2006, plaintiff filed a motion for temporary restraining order. Good cause appearing, the June 1, 2006 findings and recommendations will be vacated and plaintiff will be granted one additional period of twenty days in which to file an amended

1

complaint. Plaintiff is cautioned that failure to timely file an amended complaint will result in a recommendation that this action be dismissed.

By his motion for temporary restraining order, plaintiff seeks an order protecting him from actions by defendants in retaliation for his exercise of his First Amendment rights, and for an order "prohibiting 'atrocities' described in this injunction." However, as noted above, plaintiff has yet to file any complaint raising one or more cognizable claims for relief. For this reason, pursuant to Local Rule 65-231, the court will deny this motion without prejudice.[1]

In accordance with the above, IT IS HEREBY ORDERED THAT:

1. The court's findings and recommendations of June 1, 2006, are vacated.

2. Plaintiff is granted twenty days from the date of this order in which to file an amended complaint.

3. Plaintiff's July 3, 2006 motion for a temporary restraining order is denied without prejudice.

DATED: July 24, 2006.

UNITED STATES MAGISTRATE JUDGE

14
turn1443.ext

---

[1] Local Rule 65-231 provides, in relevant part, that "[n]o hearing on a temporary restraining order will normally be set unless" a complaint is "provided to the Court and, unless impossible under the circumstances, to the affected parties or their counsel."