IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

      Plaintiff,                    No. CIV S-05-1443 GEB PAN (JFM) P

   vs.

RODERICK Q. HICKMAN, et al.,

      Defendants.            FINDINGS & RECOMMENDATIONS

   _____/

        By order filed July 26, 2006, the undersigned vacated findings and recommendations issued in the above-captioned case recommending dismissal for plaintiff's failure to amend the complaint within the specified time period. That order granted plaintiff one additional period of twenty days within which to amend his complaint. The twenty-day period has now expired, and plaintiff has again failed to file an amended complaint or otherwise respond to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

1 objections with the court. The document should be captioned "Objections to Magistrate Judge's
2 Findings and Recommendations." Plaintiff is advised that failure to file objections within the
3 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
4 F.2d 1153 (9th Cir. 1991).

5 DATED: September 29, 2006.

```
                                    UNITED STATES MAGISTRATE JUDGE
```

14
turn1443.fta2